**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

TRENTON CREWS,

       Plaintiff,

vs.                                                                      CIVIL ACTION NO.: CV206-074

STATE OF GEORGIA and
WAYNE V. BENNETT, Sheriff,

       Defendants.

## O R D E R

    Plaintiff previously submitted a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis*.  By Order dated April 4, 2006, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act.  Plaintiff was given until May 4, 2006 to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

    Plaintiff has failed to respond to that April 4, 2006, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

    **SO ORDERED**, this _14_ day of ____May____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)